Patrick C. Justman (SBN 281324)
LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450
Email: patrick.justman@lw.com

Andrew B. Clubok (*pro hac vice*)
Andrew D. Prins (*pro hac vice*)
Nicholas L. Schlossman (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Fax: (202) 637-2201
andrew.clubok@lw.com
andrew.prins@lw.com
nicholas.schlossman@lw.com

*Counsel for Defendant Beyond Meat, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZRIN MASSARO, on behalf of herself and all others similarly situated, | CASE NO. 3:20-cv-00510-AJB-MSB |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **DEFENDANT BEYOND MEAT'S NOTICE OF CONSTITUTIONAL QUESTION** |
| BEYOND MEAT, INC., and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | <u>Hearing</u><br>Date: July 30, 2020<br>Time: 9:00 a.m.<br>Courtroom: 4A<br>Judge: Hon. Anthony J. Battaglia |
| Defendants. | |

# DEFENDANT BEYOND MEAT, INC.'S NOTICE OF CONSTITUTIONAL QUESTION

Pursuant to Rule 5.1 of the Federal Rules of Civil Procedure, Defendant Beyond Meat, Inc. ("Beyond Meat"), hereby gives notice that its Motion to Dismiss Plaintiff's First Amended Complaint raises a constitutional question. Specifically, Beyond Meat asserts that 47 U.S.C. § 227(b)(1)(A)(iii) violates the First Amendment, on its face and as applied, and thus that provision cannot be applied to impose liability on Beyond Meat in this case. This Notice and Beyond Meat's Motion to Dismiss Plaintiff's First Amended Complaint will be served via certified mail on the Attorney General of the United States concurrently with the filing of this Notice.

Dated: May 29, 2020

LATHAM & WATKINS LLP

By: s/ *Andrew D. Prins*
      Andrew D. Prins

*Attorneys for Defendant Beyond Meat, Inc.*

Email: andrew.prins@lw.com

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 12670 High Bluff Drive, San Diego, CA 92130.

I hereby certify that on May 29, 2020, I electronically filed the foregoing Notice of Constitutional Question with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to all parties in the case who are registered CM/ECF users.

I also served a copy of this Notice, the Notice of Motion, and Motion to Dismiss Plaintiff's First Amended Complaint and the supporting Memorandum of Points and Authorities via certified mail and via electronic mail to:

>William P. Barr
>Attorney General of the United States
>U.S. Department of Justice, Room 4400
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001
>Email: AskDOJ@usdoj.gov
>ATTN: Notice of Constitutional Question

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 29, 2020, at San Diego, California.

                                                          s/ *Patrick C. Justman*