**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZRIN MASSARO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND MEAT, INC., and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>Defendants. | CASE NO.: 3:20-cv-00510-AJB-MSB<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PENDING THE SUPREME COURT'S DECISION IN *FACEBOOK v. DUGUID*** |

Plaintiff Nazrin Massaro hereby gives notice of the following supplemental authority in support of her Response in Opposition to Defendant's Motion to Stay Pending the Supreme Court's Decision in *Facebook v. Duguid*, [D.E. 50]: *Lacy v. Comcast Cable Communs.*, No. 3:19-cv-05007-RBL, 2020 U.S. Dist. LEXIS 146003 (W.D. Wash. Aug. 13, 2020) ("First, the Supreme Court has not even scheduled oral argument in *Duguid*, so a stay could be lengthy…. Second, Lacy convincingly argues that, regardless of *Duguid*'s outcome, discovery will need to take place in this case regarding (1) the existence and exact nature of any ATDS used to contact Lacy, (2) whether Comcast called Lacy and other potential class members using a prerecorded voice, and (3) whether such calls were directed to cell phone numbers other than that of the intended recipients."). A copy of decision is attached as **Exhibit A**.

Dated: August 14, 2020

                              Respectfully submitted,

                              **HIRALDO P.A.**

                By:   */s/ Manuel S. Hiraldo*
                              Manuel S. Hiraldo, Esq.
                              (*pro hac vice*)
                              401 E. Las Olas Boulevard
                              Suite 1400
                              Ft. Lauderdale, Florida 33301
                              mhiraldo@hiraldolaw.com
                              (t) 954.400.4713

                              **NICHOLAS & TOMASEVIC, LLP**
                              Craig M. Nicholas (SBN 178444)
                              Alex M. Tomasevic (SBN 245598)
                              225 Broadway, 19th Floor
                              San Diego, California 92101
                              Telephone: (619) 325-0492
                              Facsimile: (619) 325-0496
                              Email: cnicholas@nicholaslaw.org
                              Email: atomasevic@nicholaslaw.org

                              *Counsel for Plaintiff*