SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
SHANNON Z. PETERSEN, Cal. Bar No. 211426
  spetersen@sheppardmullin.com
LISA S. YUN, Cal. Bar No. 280812
  lyun@sheppardmullin.com
SIEUN J. LEE, Cal. Bar No. 311358
  slee@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone: 858.720.8900
Facsimile: 858.509.3691

Attorneys for Defendant PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZRIN MASSARO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BEYOND MEAT, INC., and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>Defendants. | Case No. 3:20-cv-00510-AJB-MSB<br><br>**DEFENDANT PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S NOTICE OF CONSTITUTIONAL QUESTION**<br><br>Date: January 14, 2021<br>Time: 2:00 p.m.<br>Judge: Hon. Anthony J. Battaglia<br>Ctrm: 4A<br><br>Complaint filed: March 18, 2020<br>FAC filed: May 15, 2020<br>Trial Date: Not set |

**DEFENDANT PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S NOTICE OF CONSTITUTIONAL QUESTION**

Pursuant to Federal Rule of Civil Procedure 5.1, Defendant People for the Ethical Treatment of Animals, Inc. ("PETA") hereby gives notice that its Motion to Dismiss Plaintiff Nazrin Massaro's First Amended Complaint ("FAC") raises a constitutional question. Specifically, PETA asserts that the "robocall restriction" provision of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227(b)(1)(A)(iii), which is the provision that Plaintiff relies on this action, violates the First Amendment, on its face and as applied, and thus that provision cannot be applied to impose liability on PETA in this case. *See Barr v. Am. Ass'n of Political Consultants, Inc.*, 140 S.Ct. 2335 (2020); *Creasy v. Charter Commc'ns, Inc.*, __ F.Supp.3d __, 2020 WL 5761117 (E.D. La. Sept. 28, 2020).

Moreover, the robocall restriction provision is unconstitutional as applied here for the additional reason that the "Telemarketing Rule" of the Federal Communications Commission's interpretation of the phrase "prior express consent" within the TCPA violates the First Amendment, as it imposes different requirements depending on the content of the message, i.e. marketing vs. non-marketing messages.

This Notice and PETA's Motion to Dismiss Plaintiff's FAC will be served via certified mail and electronic mail on the Attorney General of the United States concurrently with the filing of this Notice.

Dated: October 28, 2020

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Shannon Z. Petersen*
SHANNON Z. PETERSEN
LISA S. YUN
SIEUN J. LEE

Attorneys for Defendant
PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.

# CERTIFICATE OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Sheppard, Mullin, Richter & Hampton LLP, 12275 El Camino Real, Suite 200, San Diego, California 92130-2006.

I hereby certify that on October 28, 2020, I electronically filed the foregoing Notice of Constitutional Question with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to all parties in the case who are registered CM/ECF users.

I also served a copy of this Notice, the Notice of Motion to Dismiss Plaintiff's First Amended Complaint, and the supporting Memorandum of Points and Authorities via certified mail and electronic mail to:

> William P. Barr
> Attorney General of the United States
> U.S. Department of Justice, Room 4400
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001
> Email: AskDOJ@usdoj.gov
> ATTN: Notice of Constitutional Question

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of October, 2020, at San Diego, California.

*/s/ Rosa Vernetti*
ROSA VERNETTI