**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

WILLIE TONEY,

    Plaintiff,

v.             Case No:  6:20-cv-182-Orl-78EJK

ADVANTAGE CHRYSLER-DODGE-
JEEP, INC., SYNERGY MARKETING
ADVISORS, INC and STRATICS
NETWORKS, INC.,

    Defendants.
_____/

## <u>ORDER</u>

THIS CAUSE is before the Court on Defendant Synergy Marketing Advisors, Inc.'s Notice of Withdrawal of Pending Motions (Doc. 91), wherein it has informed the Court that it wishes to withdraw its Motion to Dismiss (Doc. 56) and Second Motion to Dismiss (Doc. 76).  Defendant Advantage Chrysler-Dodge-Jeep, Inc. ("**Advantage**") filed a Notice of Joinder (Doc. 77) with respect to both Motions.  Advantage subsequently filed a Notice of Intent to Have Motions Considered and Ruled Upon (Doc. 93), wherein it requests that the Court still consider both Motions to Dismiss with respect to Advantage despite the Notice of Withdrawal.

The Motions to Dismiss both seek relief pursuant to Federal Rule of Civil Procedure 12, which specifically provides that any motions for relief thereunder must be made before a responsive pleading is filed.  Fed. R. Civ. P. 12(b), (f).  However, Advantage filed an Answer and Affirmative Defenses (Doc. 44) long before either Motion to Dismiss was filed.  Therefore, even if this Court allowed parties to summarily join the

motions of other parties, which it does not, any attempt by Advantage to join in the Motions to Dismiss is improper.  Accordingly, it is **ORDERED** that Defendant Synergy Marketing Advisors, Inc.'s Motion to Dismiss (Doc. 56) and Second Motion to Dismiss (Doc. 76) are **DENIED as moot**.

      **DONE AND ORDERED** in Orlando, Florida on December 14, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record