**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZRIN MASSARO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND MEAT, INC., and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>Defendants. | CASE NO.: 3:20-cv-00510-AJB-MSB<br><br>CLASS ACTION<br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Nazrin Massaro hereby gives notice of the following supplemental authority in support of her Response in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction, [D.E. 71]: *Stoutt v. Travis Credit Union*, No. 2:20-cv-01280 WBS AC, 2021 U.S. Dist. LEXIS 6019 (E.D. Cal. Jan. 12, 2021) ("Holding the entire robocall ban to be ineffective as to calls made between 2015 and 2020 would improperly construe *AAPC* as having invalidated the entirety of § 227(b)(1)(A)(iii), rather than just the government-debt exception, and thus would undermine the Court's central purpose in severing the statute….Supreme Court precedent dictates that, in cases like this, 'where Congress added an unconstitutional amendment to a prior law,' the court must treat 'the original, pre-amendment statute as the 'valid expression of legislative intent.'") (citations omitted). A copy of the order is attached as **Exhibit A.**

Dated: January 13, 2021

                                   Respectfully submitted,

                                   **HIRALDO P.A.**

By:  */s/ Manuel S. Hiraldo*
       Manuel S. Hiraldo, Esq.
       (*pro hac vice*)
       401 E. Las Olas Boulevard
       Suite 1400
       Ft. Lauderdale, Florida 33301
       mhiraldo@hiraldolaw.com
       (t) 954.400.4713

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

*Counsel for Plaintiff*