| | |
|---|---|
| **NICHOLAS & TOMASEVIC, LLP**<br>Craig M. Nicholas (SBN 178444)<br>Alex M. Tomasevic (SBN 245598)<br>225 Broadway, 19th Floor<br>San Diego, California 92101<br>Telephone: (619) 325-0492<br>Facsimile: (619) 325-0496<br>Email: cnicholas@nicholaslaw.org<br>Email: atomasevic@nicholaslaw.org | **HIRALDO P.A.**<br>Manuel S. Hiraldo, Esq.<br>(*pro hac vice*)<br>401 E. Las Olas Boulevard<br>Suite 1400<br>Ft. Lauderdale, Florida 33301<br>mhiraldo@hiraldolaw.com<br>(t) 954.400.4713 |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZRIN MASSARO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>BEYOND MEAT, INC., and PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>    Defendants. | CASE NO.: 3:20-cv-00510-AJB-MSB<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Nazrin Massaro hereby gives notice of the following supplemental authority in support of her Response in Opposition to Defendant's Motion to Dismiss for Lack of Jurisdiction, [D.E. 71]: *Rieker v. Nat'l Car Cure*, No. 3:20cv5901-TKW-HTC, 2021 U.S. Dist. LEXIS 9133 (N.D. Fla. Jan. 5, 2021) ("The Court finds the *Trujillo* decision persuasive….The Court notes that this conclusion is consistent with the plurality opinion in *AAPC* in which Justice Kavanaugh clearly stated (albeit in dicta) that 'our decision today does not negate the liability of parties who made robocalls covered by the robocall restriction.' *AAPC,* 140 S. Ct. at 2355 n.12. It is also consistent with the fact that seven Justices in *AAPC* 'conclude[d] that the entire 1991 robocall restriction should <u>not</u> be invalidated.' *Id.* at 1243 (emphasis added)."). A copy of the order is attached as **Exhibit A.**

Dated: January 19, 2021

Respectfully submitted,

**HIRALDO P.A.**

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex M. Tomasevic (SBN 245598)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone: (619) 325-0492
Facsimile: (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org

*Counsel for Plaintiff*